UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00486-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ALVARO ARROYO,
a/k/a Armando Eric Garcia,
a/k/a John Doe,

  Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition (**#20**) on December 18, 2006 by Defendant Alvaro Arroyo. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **January 29, 2007** at **9:45 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 20th day of December, 2006

                                                                                               **BY THE COURT:**

*Marcia S. Krieger* (signature)

                                                                                              Marcia S. Krieger  
                                                                                              United States District Judge